**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM H. PAIGE,
    Petitioner,

vs.                                       Case No.: 3:06cv389/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 26, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The amended petition for writ of habeas corpus (Doc. 7) is **DENIED**.

    **DONE AND ORDERED** this 22nd day of April, 2008.


                                             *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**