**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM HENRY PAIGE,
    Petitioner,

vs.                                     Case No: 3:06cv389/MCR/EMT

WALTER A. McNEIL,[1]
    Respondent.
_____/

**O R D E R**

    This cause is before the court on Petitioner's motion for certificate of appealability (Doc. 33). Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's April 22, 2008 order (Doc. 30) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 26, 2007 (Doc. 22), a certificate of appealability shall be denied.

    Accordingly, it is **ORDERED**:

    1. The clerk of court is directed to change the docket to reflect that Walter McNeil is substituted for James McDonough as Respondent.

---

[1] Walter A. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent. *See* Fed. R. Civ. P. 25(d)(1).

2.  Petitioner's motion for certificate of appealability (Doc. 33) is **DENIED**, and no certificate shall issue.

**DONE AND ORDERED** this 30th day of May 2008.


        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**